# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

―――――――――――――――

No. 1D19-3211

―――――――――――――――

CITY OF TALLAHASSEE, a Florida
municipal corporation,

   Petitioner,

   v.

MICHAEL L. ROSEN, et al.,

   Respondent.

―――――――――――――――

Petition for Writ of Prohibition—Original Jurisdiction.

September 25, 2019

PER CURIAM.

   The petition for writ of prohibition is denied on the merits.

RAY, C.J., and WOLF and M.K. THOMAS, JJ., concur.

―――――――――――――――

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

―――――――――――――――

Edwin R. Hudson and Luke J. Grabowski of Henry Buchanan, P.A., Tallahassee, for Petitioner.

J. Stanley Chapman of Fixel & Willis, Tallahassee, for Respondent.